IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD ALLEN WRIGHT, | Civil No. 3:23-CV-589 |
| Petitioner | (Judge Mariani) |
| v. | |
| RACHEL THOMPSON, | |
| Respondent | |

## ORDER

**AND NOW**, this 11th day of April, 2023, upon preliminary review of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), *see* R. GOVERNING § 2254 CASES R. 4, 1(b), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge